UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61338-CIV-COHN

In Re: ROTHSTEIN ROSENFELDT ADLER, P.A.,

Debtor.

_____/

## ORDER DIRECTING EXPEDITED RESPONSES TO TRUSTEE'S MOTION TO AMEND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**THIS CAUSE** is before the Court upon the Trustee's Expedited Motion to Amend Writ of Habeas Corpus Ad Testificandum [DE 53].

The Trustee seeks either a continuance of Mr. Rothstein's deposition or a bifurcation of the deposition so that a second deposition can be held to include new adversary defendants that were recently served by the Trustee. Given the many competing interests involved in such a decision, the Court requires certain parties to respond to this motion, and encourages all interested parties to respond.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Trustee shall serve a copy of this Order on all known counsel for any adversary defendants;

2.      Counsel for Mr. Rothstein shall respond to the Trustee's Expedited Motion to Amend Writ of Habeas Corpus Ad Testificandum [DE 53] by November 21, 2011, by updating the Court on his availability for the December 12 deposition, and by stating his client's position on whether the deposition can go forward without Mr. Nurik's presence, either with no counsel or substitute counsel;

3.      The Government shall respond to the Trustee's Expedited Motion to Amend

Writ of Habeas Corpus Ad Testificandum [DE 53] by November 22, 2011,

including stating its position on the Trustee's two alternative positions;

4.      Any other interested party may file a response to the Trustee's Motion by

November 22, 2011.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, on this 14th day of November, 2011.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record on CM/ECF