**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)**

**CASE NO.: 11-61338-CIV-COHN**

In re:

**ROTHSTEIN ROSENFELDT ADLER, P.A.,**

    **Debtor.**

_____/

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Bart A. Houston, Esq. and The Kopelowitz Ostrow Firm, P.A. hereby enters their appearance as counsel for, **Roger Stone**, **Drake Ventures, LLC**, **Watch-U-Want, Inc., Levinson & Company, Inc., d/b/a Levinsons Jewelers** and **RL Pearson And Associates, Inc.,** (collectively, "the Adversary Defendants").  All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled cause shall be forwarded to the undersigned counsel for the Adversary Defendants at the addresses listed below.

**Dated:  November 28, 2011.
Fort Lauderdale, Florida.**

                          Respectfully Submitted,

                          /s/ Bart A. Houston_____
                          Bart A. Houston
                          Florida Bar No. 623636
                          houston@kolawyers.com
                          **KOPELOWITZ OSTROW**
                          200 SW 1st Avenue, Suite 1200
                          Fort Lauderdale, Florida  33301
                          Telephone: (954) 525-4100
                          Facsimile:  (954) 525-4300
                          Counsel for Adversary Defendants

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on November <u>28</u>, 2011, I electronically filed the Notice of Appearance as counsel for the Adversary Defendants with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

<u>/s/ Bart A. Houston</u>
Bart A. Houston

### Service List

**David Charles Cimo**
Genovese Joblove & Battista
100 SE 2nd Street
Suite 4400
Miami, FL 33131
305-349-2300
349-2310 (fax)
dcimo@gjb-law.com
 *Assigned: 06/14/2011*
 *ATTORNEY TO BE NOTICED*

representing

**Herbert Stettin**
*(Plaintiff)*

**Joseph A. DeMaria**
Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Avenue
15th Floor
Miami, FL 33131-3407
305-539-2440
536-1116 (fax)
jad@tewlaw.com
 *Assigned: 06/15/2011*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Gibraltar Private Bank & Trust Company**
Miami
*(Defendant)*

**David L. Gay**
Berger Singerman
200 S Biscayne Boulevard
Suite 1000
Miami, FL 33131
305-755-9500
dgay@bergersingerman.com
 *Assigned: 06/14/2011*
 *ATTORNEY TO BE NOTICED*

representing

**Herbert Stettin**
*(Plaintiff)*

**Jordi Guso**
Berger Singerman
200 S Biscayne Boulevard
Suite 1000
Miami, FL 33131-5308
305-755-9500

representing

**Herbert Stettin**
*(Plaintiff)*

714-4340 (fax)
jguso@bergersingerman.com
 *Assigned: 06/14/2011*
 *ATTORNEY TO BE NOTICED*


**Lawrence D. LaVecchio**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394                representing        **United States of America**
954-356-7255                                                 *(Objector)*
954-356-7230 (fax)
lawrence.lavecchio@usdoj.gov
 *Assigned: 06/15/2011*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*


**Charles Howard Lichtman**
Berger Singerman
Las Olas Centre II
350 E Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301                representing        **Herbert Stettin**
954-525-9900                                                 *(Plaintiff)*
523-2872 (fax)
clichtman@bergersingerman.com
 *Assigned: 06/14/2011*
 *ATTORNEY TO BE NOTICED*


**Isaac Meyer Marcushamer**
Berger Singerman
200 S Biscayne Boulevard
Suite 1000
Miami, FL 33131-5308                     representing        **Herbert Stettin**
3057559500                                                   *(Plaintiff)*
3057144340 (fax)
imarcushamer@bergersingerman.com
 *Assigned: 06/21/2011*
 *ATTORNEY TO BE NOTICED*


**Marc S. Nurik**                         representing        **Scott W. Rothstein**
Law Offices of Marc S Nurik                                  *(Defendant)*

1 E Broward Boulevard
Suite 700
Fort Lauderdale, FL 33301
954-745-5849
954-745-3556 (fax)
marc@nuriklaw.com
 *Assigned: 06/20/2011*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Claudio Riedi**<br>Tew Cardenas, LLP<br>1441 Brickel Avenue<br>Suite 1500<br>Miami, FL 33131<br>305-27539 2118<br>305 536 1116 (fax)<br>criedi@tewlaw.com<br> *Assigned: 06/15/2011*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **Gibraltar Private Bank & Trust Company**<br>Miami<br>*(Defendant)* |
| **Mark Paul Schnapp**<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, FL 33131<br>305-579-0541<br>579-0717 (fax)<br>SchnappM@gtlaw.com<br> *Assigned: 06/24/2011*<br> *LEAD ATTORNEY*<br> *ATTORNEY TO BE NOTICED* | representing | **TD Bank, N.A.**<br>*(Interested Party)* |
| **Matthew H. Scott**<br>Tripp Scott<br>110 SE 6th Street<br>15th Floor PO Box 14245<br>Fort Lauderdale, FL 33302-4245<br>mhs@trippscott.com<br> *Assigned: 11/14/2011*<br> *ATTORNEY TO BE NOTICED* | representing | **Morse Operations, Inc**<br>*(Defendant)* |

**Carol A. Morse**
*(Defendant)*

**Edward Morse**

c/o Tripp Scott
110 SE 6th Street
15th Floor
Fort Lauderdale, FL 33301
954-525-7500
*(Defendant)*

**James David Silver**
Conrad & Scherer, LLP
633 South Federal Highway, 8th
Floor
P.O. Box 14723
Fort Lauderdale, FL 33302              representing
954-462-5500
954-463-9244 (fax)
jsilver@conradscherer.com
  *Assigned: 06/28/2011*
  *ATTORNEY TO BE NOTICED*

**Razorback Funding, LLC**

Conrad & Scherer, LLP
633 S. Federal Hway
Fort Lauderdale, FL 33301
954-462-5500
954-463-9244 (fax)
*(Interested Party)*

**C. Thomas Tew, Jr.**
Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Avenue
15th Floor
Miami, FL 33131-3407              representing
305-536-1112
536-1116 (fax)
tt@tewlaw.com
  *Assigned: 06/15/2011*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Gibraltar Private Bank & Trust
Company**
Miami
*(Defendant)*

**Susan Eileen Trench**
Goldstein Tanen & Trench
2 S Biscayne Boulevard
Suite 3700 One Biscayne Tower
Miami, FL 33131
305-374-3250
374-7632 (fax)
strench@gttpa.com
 *Assigned: 06/28/2011*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Platinum Partners Value Arbitrage Fund LP**
*(Interested Party)*


**Bryan Thomas West**
Tew Cardenas LLP
Four Seasons Tower
1441 Brickell Avenue
15th Floor
Miami, FL 33131-3407
305-536-1112
536-1116 (fax)
btw@tewlaw.com
 *Assigned: 06/15/2011*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Gibraltar Private Bank & Trust Company**
Miami
*(Defendant)*