UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61338-CIV-COHN

In Re: ROTHSTEIN ROSENFELDT ADLER, P.A.,

    Debtor.
_____/

**ORDER GRANTING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ROTHSTEIN ROSENFELDT AND ADLER, P.A.'S UNOPPOSED MOTION FOR AUTHORIZATION FOR COUNSEL PARTICIPATING IN THE DEPOSITION OF SCOTT ROTHSTEIN TO BRING ELECTRONIC EQUIPMENT INTO THE JAMES L. KING FEDERAL JUSTICE BUILDING**

**THIS CAUSE** is before the Court upon the Official Committee of Unsecured Creditors of Rothstein Rosenfeldt and Adler, P.A.'s Unopposed Motion for Authorization for Counsel Participating in the Deposition of Scott Rothstein to Bring Electronic Equipment into the James L. King Federal Justice Building [DE 89]. The Court having carefully considered the matter, and being advised that the relief sought is unopposed by the United States Attorney's Office, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Official Committee of Unsecured Creditors of Rothstein Rosenfeldt and Adler, P.A.'s Unopposed Motion for Authorization for Counsel Participating in the Deposition of Scott Rothstein to Bring Electronic Equipment into the James L. King Federal Justice Building [DE 89] is hereby **GRANTED**, in that those individuals identified on the attached pages are hereby authorized to bring in laptops and/or tablets into the James L. King Federal Justice Building in connection with attending the deposition of Scott W. Rothstein from Monday, December 12, 2011, through and including Friday, December 23,

2011;

2. Consistent with the prior orders of this Court ruling that the deposition will not be videotaped, all counsel permitted to attend the deposition are under a continuing obligation **not** to utilize any camera feature on the permitted electronic devices during any part of the deposition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 8th day of December, 2011.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record on CM/ECF

U.S. Marshal's Service

Rothstein Deposition - Attendees

Herbert Stettin
Trustee of Rothstein, Rosenfeldt & Adler

Paul Steven Singerman
General Counsel to the Trustee

Charles H. Lichtman
Lead Litigation Counsel to the Trustee

John H. Genovese
Special Litigation/Conflict Counsel to the Trustee

David C. Cimo
Special Litigation/Conflict Counsel to the Trustee

Baher F. Elgidely
Special Litigation/Conflict Counsel to the Trustee

Theresa M B. Van Vliet
Special Litigation/Conflict Counsel to the Trustee

Jesus M. Suarez
Special Litigation/Conflict Counsel to the Trustee

Jason S. Mazer
Special Insurance Counsel to the Trustee

William R. Scherer
Counsel to Razorback Plaintiffs

Reid A. Cocalis
Counsel to Razorback Plaintiffs

Ivan J. Kopas
Counsel to Razorback Plaintiffs

Eric J. Rayman
Counsel to Razorback Plaintiffs

Harley S. Tropin
Counsel to Razorback Plaintiffs

Thomas A. Ronzetti, III

Counsel to Razorback Plaintiffs

Adam M. Moskowitz
Counsel to Razorback Plaintiffs

Michael I. Goldberg
Counsel to the Unsecured Creditors Committee of RRA

Cornelius Thomas Tew, Jr.
Counsel to Gibraltar Private Bank & Trust

Joseph A. DeMaria
Counsel to Gibraltar Private Bank & Trust

Bryan T. West
Counsel to Gibraltar Private Bank & Trust

Eugene E. Stearns
Counsel to Gibraltar Private Bank & Trust

Mary Barzee Flores
Counsel to Gibraltar Private Bank & Trust

Glenn E. Goldstein
Counsel to TD Bank, N.A.

Mark P. Schnapp
Counsel to TD Bank, N.A.

Holly R. Skolnick
Counsel to TD Bank, N.A.

Donna M. Evans
Counsel to TD Bank, N.A.

William T. Craig
Counsel to Rosanne Caretsky

Daniel S. Gelber
Counsel to Rosanne Caretsky

Vivian Hattem Fazio
Counsel to Rosanne Caretsky

David L. Ferguson
Counsel to Richard Pearson and R.L. Pearson & Associates

Bart A. Houston
Counsel to Levinson & Company, R.L. Pearson & Associates, Roger Stone, and Watch-U-Want, Inc.

Jan D. Atlas
Counsel to Levinson & Company

Robert C. Josefsberg
Counsel to Frank Preve

Ramon A. Rasco
Counsel to Frank Preve

Eliezer (Eliot) Lauer
Counsel to Platinum Partners Arbitrage Fund LP, Centurion Structured Growth LLC, Level 3 Capital Fund LP, Mark Nordlicht, Murray Huberfeld, David Bodner, and Regent Capital Partners LLC

Jacques Semmelman
Counsel to Platinum Partners Arbitrage Fund LP, Centurion Structured Growth LLC, Level 3 Capital Fund LP, Mark Nordlicht, Murray Huberfeld, David Bodner, and Regent Capital Partners LLC

Gabriel Hertzberg
Counsel to Platinum Partners Arbitrage Fund LP, Centurion Structured Growth LLC, Level 3 Capital Fund LP, Mark Nordlicht, Murray Huberfeld, David Bodner, and Regent Capital Partners LLC

David Ottensoser
General Counsel to Platinum Partners Arbitrage Fund LP

Susan E. Trench
Counsel to Platinum Partners Arbitrage Fund LP and Centurion Structured Growth LLC

Harvey Werblowsky
Counsel to Murray Huberfeld and David Bodner
Mark Nordlicht
Defendant

Ari L. Glass
President of Level 3 Capital Fund LP

Christopher G. Berga
Counsel to Michael Szafranski, Onyx Options Consultants Corporation, ABS Capital Funding LLC, Skis Ventures LLC, and Alexa Funding LLC

Miguel J. Chamorro
Counsel to Michael Szafranski, Onyx Options Consultants Corporation, ABS Capital Funding LLC, Skis Ventures LLC, and Alexa Funding LLC

Lee Patten
Counsel to Michael Szafranski, Onyx Options Consultants Corporation, ABS Capital Funding LLC, Skis Ventures LLC, and Alexa Funding LLC

Samuel J. Rabin, Jr.
Counsel to Frank Spinosa

Michael J. Schlesinger
Counsel to Frank Spinosa

Michael Cotzen
Counsel to Frank Spinosa

Perdita M. Martin
Counsel to Frank Spinosa

Titania Mack Parker
Counsel to Frank Spinosa

Carol J. Breece
Counsel to Frank Spinosa

William Leon Richey
Counsel to George Levin

Jeffrey R. Sonn
Counsel to Bonnie Barnett, Roger Wittenberns, and Aran Development Corp.

Rhett Traband
Counsel to Caro Group LLC, Exito Investment Group LLC, Marmarser Investment Group LLC, Network Resources LLC, New Miami Group LLC, Platinum Estates LLC, Pirulin Group LLC, and OPMONIES 2 LLC

Thomas E. Scott
Counsel to Morse Operations Inc.

{22742967;1}4

John G. Bianco III
Counsel to Morse Operations Inc.

John M. Mullin
Counsel to Carol Morse

Roberta Deutsch
Counsel to Carol Morse

Edward J. Pozzuoli
Counsel to Ed Morse

George Walker
Counsel to Ed Morse

Scott L. Schmookler
Counsel to RLI Insurance Co., Columbia Casualty Co., and Zurich American Insurance Co.

James A. Black, Jr.
Counsel to St. Paul Fire and Marine Insurance Co.

Jonathan S. Robbins
Counsel to the Unsecured Creditors Committee of RRA

Eyal Berger
Counsel to the Unsecured Creditors Committee of RRA

Robert D. McIntosh
Counsel to Ironshore Indemnity, Inc.

Michael Kopp
Counsel to Westchester Fire Insurance Co.

Alex Hofrichter
Counsel to Federal Insurance Co.

Casey Cusick
Counsel to Emess Capital LLC

Michael G. Paris
Counsel to Amy Adams et al.

Jack I. Siegal
Counsel to Amy Adams et al.

William C. Nystrom
Counsel to Amy Adams et al.

Danielle N. Garno
Counsel to TD Bank, N.A.

Caran L. Rothchild
Counsel to TD Bank, N.A.

Theresa L. Wright
Court Reporter

Michele L. Savoy
Court Reporter

Kelli Biggam
Counsel to RLI Insurance Co., Zurich American Insurance Co., and Continental Casualty Co.

Eugene E. Stearns
Counsel to Gibraltar Private Bank

Mary Barzee Flores
Counsel to Gibraltar Private Bank

Matthew C. Dates
Counsel to Gibraltar Private Bank