UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61338-CIV-COHN

In Re: ROTHSTEIN ROSENFELDT ADLER, P.A.,

    Debtor.
_____/

## ORDER AMENDING AUTHORIZATION FOR COUNSEL PARTICIPATING IN THE DEPOSITION OF SCOTT ROTHSTEIN TO BRING ELECTRONIC EQUIPMENT INTO THE JAMES L. KING FEDERAL JUSTICE BUILDING

**THIS CAUSE** is before the Court upon a review of its prior order and the telephone request of Mark Nurik, Esq. to Bring Electronic Equipment into the James L. King Federal Justice Building for the deposition of Scott Rothstein.  The Court having carefully considered the matter, and being advised that the relief sought is unopposed by the United States Attorney's Office, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Authorization for Counsel Participating in the Deposition of Scott Rothstein to Bring Electronic Equipment into the James L. King Federal Justice Building **is amended to authorize Mark Nurik** to bring in a laptop and/or tablet into the James L. King Federal Justice Building in connection with attending the deposition of Scott W. Rothstein from Monday, December 12, 2011, through and including Friday, December 23, 2011;

2. Consistent with the prior orders of this Court ruling that the deposition will not be videotaped, all counsel permitted to attend the deposition are under a continuing obligation **not** to utilize any camera feature on the permitted

electronic devices during any part of the deposition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 9th day of December, 2011.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record on CM/ECF

U.S. Marshal's Service