UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61338-CIV-COHN

In Re: ROTHSTEIN ROSENFELDT ADLER, P.A.,

Debtor.
_____/

## ORDER DIRECTING EXPEDITED RESPONSES TO TRUSTEE'S MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR SECOND DEPOSITION ORDER SETTING HEARING ON MOTION

**THIS CAUSE** is before the Court upon the Trustee's Motion for Writ of Habeas Corpus Ad Testificandum for Second Deposition of Scott Rothstein [DE 104] and the Trustee's Request for Hearing [DE 105]. The Court has carefully considered the motions and is otherwise fully advised in the premises.

The Trustee seeks a second deposition of Scott Rothstein to include new adversary defendants that could not participate in the December deposition of Mr. Rothstein. The Trustee reports that neither the Government nor Mr. Rothstein opposes a second deposition if taken by video-conferencing, with no video recording. The Court hereby gives any party affected by the agreement between the Trustee and the Government an opportunity to oppose the conditions for the taking of a second deposition suggested by the Trustee and the Government.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Trustee shall serve a copy of this Order on all known counsel for any adversary defendants and any other interested party, if that counsel does not receive notice via CM/ECF;

2. Any party opposing the proposed conditions for a second deposition as

       contained in the Trustee's Motion shall file a response in CM/ECF by February 1, 2012;

3. The Trustee or the Government may file a reply memorandum by 12 noon on February 8, 2012.

4. The Trustee's Request for Hearing [DE 105] is hereby **GRANTED**;

5. A hearing is hereby set for 10:30am on Friday, February 10, 2012, in Courtroom 203E of the United States Courthouse, 299 E. Broward Blvd., Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 19th day of January, 2012.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record on CM/ECF