# EXHIBIT "1"

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
                           Case No. 09-34791-BKC-RBR
                           Chapter 11
ROTHSTEIN ROSENFELDT ADLER, P.A.,

    Debtor.
_____/

RULE 2004 EXAMINATION OF
SCOTT W. ROTHSTEIN

Taken on behalf of the Chapter 11 Trustee

DATE TAKEN:         December 12, 2011

TIME:              8:30 a.m. - 12:04 p.m.

PLACE:            James Lawrence King Federal
                   Justice Building
                   99 N.E. Fourth Street
                   Courtroom 11-3
                   Miami, Florida 33128

Examination of the witness taken before:
Michele L. Savoy, Registered Professional Reporter
United Reporting, Inc.
1218 S.E. Third Avenue
Fort Lauderdale, Florida 33316
(954) 525-2221

c5ebc264-4c01-4745-935b-3ec762654e8d

Page 2

```
 1        APPEARANCE FOR SCOTT ROTHSTEIN:
              MARC C. NURIK, ESQUIRE
 2

 3         APPEARANCES FOR THE TRUSTEE:
            CHARLES LICHTMAN, ESQUIRE
 4             BERGER & SINGERMAN

 5          JOHN H. GENOVESE, ESQUIRE
             DAVID C. CIMO, ESQUIRE
 5         GENOVESE, JOBLOVE & BATTISTA

 7
            APPEARANCE FOR THE TRUSTEE:
 8        THERESA M.B. VAN VLIET, ESQUIRE
             JESUS SUAREZ, ESQUIRE
 9

10          APPEARANCES FOR RAZORBACK:
            WILLIAM R. SCHERER, ESQUIRE
11             REID COCALIS, ESQUIRE
               IVAN KOPAS, ESQUIRE
12           CONRAD & SCHERER, LLP

13           ADAM MOSKOWITZ, ESQUIRE
         KOZYAK, TROPIN & THROCKMORTON, P.A.
14

15
      APPEARANCES FOR PLATINUM AND CENTURION FUNDS:
16          HARVEY SERBLOSWKY, ESQUIRE

17
           APPEARANCE FOR LEVINSON JEWELERS:
18             JAN ATLAS, ESQUIRE

19
      APPEARANCE FOR OFFICIAL COMMITTEE OF UNSECURED
20                   CREDITORS:
             MICHAEL GOLDBERG, ESQUIRE
21             AKERMAN, SENTERFITT

22
           APPEARANCE FOR T.D. BANK, N.A.:
23          CARAN L. ROTHSCHILD, ESQUIRE
               GREENBERG TRAURIG
24

25
```

United Reporting, Inc.
(954) 525- 2221

c5ebc264-4c01-4745-935b-3ec762654e8d

Page 3

```
 1    APPEARANCE FOR RLI INSURANCE COMPANY, COLUMBIA INC &
                       ZURICH INSURANCE:
 2                SCOTT SCHMOOKLER, ESQUIRE

 3
          APPEARANCE FOR FEDERAL INSURANCE COMPANY:
 4                 ALEX HOFRICHTER, P.A.

 5             APPEARANCE FOR MORSE:
              JOHN M. MULLIN, ESQUIRE
 6            GEORGE WALKER, ESQUIRE
             ROBERTA DEUTSCH, ESQUIRE
 7                 TRIPP SCOTT

 8      APPEARANCE FOR ERNESS CAPITAL, LLC:
               CASEY CUSIK, ESQUIRE
 9
        APPEARANCE FOR ST. PAUL FIRE & MARINE:
10          JAMES A. BLACK, JR., ESQUIRE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

c5ebc264-4c01-4745-935b-3ec762654e8d

Page 4

```
 1                          INDEX

 2            DEPOSITION OF SCOTT W. ROTHSTEIN

 3
                     EXAMINATION      FURTHER EXAMINATION
 4      MR. LICHTMAN        7                 151

 5                     EXAMINATION

 6      MR. CIMO          116

 7      CERTIFICATE OF OATH                  165
        CETIFICATE OF REPORTER              166
 8

 9

10               TRUSTEE'S EXHIBITS INDEX

11      NO.       DESCRIPTION                 PAGE NO

12        1, Confidential Settlement/Brauser Release  13
          2, Composite exhibit                44
13        3, SW20-00875, SW 20-00911         53
          4, Response                        75
14        5, Exhibit Three to the Yoel response  89
          6, Portion of RRA ledger          107
15

16

17

18

19

20

21

22

23

24

25
```

c5ebc264-4c01-4745-935b-3ec762654e8d

Page 5

```
 1              P R O C E E D I N G S

 2                     -  -  -

 3            MR. LICHTMAN:  Everybody hear me?

 4            Okay.  I guess so.

 5            All right.  Let the record reflect there

 6       is the Rule 2004 exam taken in the case of in

 7       re Rothstein, Rosenfeldt & Adler, Case Number

 8       093-4791 RBR, pending in the United States

 9       Bankruptcy Court for the Southern District of

10       Florida.

11  BY MR. LICHTMAN:

12       Q    Good morning, Mr. Rothstein.

13            As you know, I'm Chuck Lichtman, counsel

14  for the trustee.

15       A    Good morning, Mr. Lichtman.

16       Q    Would you state your name for the record?

17       A    Scott W. Rothstein.

18       Q    Under these circumstances, I don't think

19  I'll ask you your place of residence right now.

20       A    I wouldn't tell you.

21       Q    Okay.  But I think we can stipulate we

22  know who you are.

23            Let me get right to it.

24            Can I call you Scott?

25       A    Yes, sir.
```

c5ebc264-4c01-4745-935b-3ec762654e8c

Page 6

```
 1        Q    Okay.  You're here under unique
 2   circumstances.  You have pled guilty to the
 3   commission of a massive fraud.
 4             You agree with that?
 5        A    Yes, sir.
 6        Q    You have received a long-term sentence.
 7   As part of your sentence, you stipulated to certain
 8   facts in your criminal plea that admitted wrongdoing
 9   but -- in connection with the fraud.
10             You agree with that, don't you?
11        A    I do.
12        Q    Okay.  So here we are now, starting today
13   for the next two weeks, and we're going to be asking
14   you a series of questions that require you to tell
15   the truth.
16             And you have been convicted in this
17   massive fraud.
18             I think that it's a fair statement there
19   are many persons that would say you will say
20   anything to reduce your criminal sentence.
21             Why is it that we should believe you?
22             A VOICE:  Was he sworn?
23             MR. LICHTMAN:  He was sworn, wasn't he?
24             THE COURT REPORTER:  No, sir.
25             MR. LICHTMAN:  Oh, I'm sorry.  That would
```

United Reporting, Inc.
(954) 525- 2221

c5ebc264-4c01-4745-935b-3ec762664e8d

Page 7

```
 1      be useful.
 2              A VOICE:  Is this your first time, Chuck?
 3              MR. LICHTMAN:  Second.
 4  Whereupon,
 5                  SCOTT W. ROTHSTEIN
 6  acknowledged having been duly sworn to tell the
 7  truth and testified upon his oath as follows:
 8              THE WITNESS:  I do.
 9              EXAMINATION (SCOTT W. ROTHSTEIN)
10  BY MR. LICHTMAN:
11      Q    Okay.  You recall the questions that I
12  asked --
13      A    I do.
14      Q    -- of you this morning?
15           Those are all the same answers, right?
16      A    Those are all the same answers.
17           The answer to your last question is this:
18  I have been sentenced to 50 years in prison.  The
19  only chance that I have to be released early, the
20  only chance is I must tell the truth about
21  everything that I know.
22           That's what I have been doing for the last
23  two years since I returned.  That's what I'm going
24  to do here the next few days, and that's what I'm
25  going to continue to do until I'm done with my
```

c5ebc264-4c01-4745-935b-3ec762654e8d

Page 8

1    cooperation.

2        Q    So those that would be skeptical and say

3    you would still say anything to reduce your

4    sentence, how do you answer those people?

5        A    I would be a fool.  I would be a fool to

6    lie.

7        Q    Okay.

8        A    That -- I risk dying in prison if I lie.

9    Okay?  I have no intention of dying in prison.

10       Q    Now, we know that at the very tail end of

11   the conclusion of the Ponzi scheme, you fled to

12   Morocco.

13       A    That's correct.

14       Q    Why did you come back?

15       A    I would say there were several reasons.

16   The first and foremost was I was not going to leave

17   my family here to deal with the aftermath of my

18   wrong.  Just wasn't going to happen.

19            I did have some significant time in

20   Morocco to reflect on my life as a whole, and if

21   there was ever going to be a time for me to change

22   anything and change the course of my history and my

23   family's history, that's when it was going to be.

24            I made a decision to come back and to,

25   probably for one of the very first times in my life,

c5ebc264-4c01-4745-935b-3ec762654e8c

Page 9

1    tell the absolute truth about everything that I had

2    done.  It was time.  I wasn't going to live that

3    way, not anymore.

4        **Q     Now that you have received a 50-year**

5    **sentence, are you sorry you came back?**

6        A     No, sir.

7        **Q     I'm not going to spend a lot of time on it**

8    **because everybody that's in the courtroom is here**

9    **really to focus on the issue of money directly, or**

10   **indirectly, whether it's paying it or to prevent it**

11   **from being paid.  But I am going to spend a few**

12   **moments on the Ponzi scheme itself.**

13       A     All right.

14       **Q     How did the Ponzi scheme start?**

15       A     It started not as a Ponzi scheme, but it

16   actually started in the form of borrowing money

17   through what we were calling at the time bridge

18   loans to support the law firm and deficiencies in

19   funds.

20            At some point in time later, as you all

21   know from reading all the documentation in this

22   case, it escalated into fraudulent settlement

23   agreements, the sale of those settlement agreements,

24   and that's really when the Ponzi scheme itself took

25   flight.

c5ebc264-4c01-4745-935b-3ec762654e8c

Page 10

```
 1          If you define Ponzi, standard definition,
 2    which you all know, is you're paying money to the
 3    new investors with -- excuse me -- paying the older
 4    investors with new investors' money.  Really, even
 5    at the time that we were doing those bridge loans,
 6    it was technically a Ponzi -- a Ponzi scheme at that
 7    point in time.  But that's not where our heads were
 8    at the moment.
 9        Q    Was there something going on, whether it
10    was in the law firm or internally with yourself or
11    with people you were doing business with, that it
12    escalated from the point where you were at one level
13    just doing these bridge loans to where the Ponzi was
14    full-fledged?
15        A    Greed.
16        Q    Okay.  Is there a time frame that you can
17    pin that to or a particular event?
18        A    Not at this time, I don't recall.
19        Q    Okay.  Why did you do it?
20        A    Greed.
21        Q    How did you grow the Ponzi?
22        A    That's a very broad question.
23             Simply, it took on a life of its own.  It
24    grew because, you know, in a Ponzi scheme, if you're
25    not going to go to jail and -- you have to continue.
```

c5ebc264-4c01-4745-935b-3ec762654e8d

Page 11

1          While at various points in time we had

2     pie-in-the-sky expectations to be able to bail

3     ourselves out and pay off all the investors, that

4     was not -- sensible.  Hindsight being 20/20, that

5     was not sensible.

6          All Ponzi schemes do the same thing:  They

7     explode at the end.

8          Q     **Did you have an exit strategy?**

9          A     A foolish one, yes.

10         Q     **And what was that?**

11         A     We had acquired a number of companies that

12    we were using that we were laundering the Ponzi

13    proceeds through, and we believed that ultimately we

14    would be able to sell the Ponzi scheme -- excuse me,

15    sell the businesses, recoup enough money to pay off

16    the investors and shut it down.

17         Q     **What businesses were those?**

18         A     Q Task, RRA Goal Line, the sports

19    management company, the restaurants, the stake in

20    the Versace mansion.  A lot of businesses.

21              I mean, I would think that all of the

22    businesses combined, if you have a list that you can

23    show me, I could tell you which ones we thought were

24    going to be valuable.  But we were probably hanging

25    our hat more on Q Task than anything else.

c5ebc264-4c01-4745-935b-3ec762654e8d

1      Q     Did the people at Q Task know that was the

2  premise of you acquiring it?

3      A     Did they know there was a Ponzi scheme

4  going on?

5      Q     Yes.

6      A     I don't believe so, no.

7      Q     How about Brian Levy, RRA Goal Line; did

8  he know?

9      A     To my knowledge, no.

10     Q     Okay.  I could spend days going over the

11  rest of the material on the Ponzi scheme, but, as I

12  mentioned, we're here to talk about money.

13           A Rule 2004 exam is intended by a

14  bankruptcy trustee to engage in a widespread

15  interrogation on a whole host of topics that

16  pertain, typically, to trying to recover assets that

17  benefit the estate, or, naturally, the

18  administration of the estate.

19           So we're going to cover a whole host of

20  topics today, and there will be more specific

21  questions on certain cases that will follow when I

22  conclude and Mr. Genovese concludes the Rule 2004

23  exam.  Okay?

24     A     Yes, sir.

25           (Thereupon, a document was

c5ebc264-4c01-4745-935b-3ec762654e8d

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA
CASE NO:  09-062943 07

RAZORBACK FUNDING, LLC, et al,

    Plaintiffs,

vs.

SCOTT W. ROTHSTEIN, et al,

    Defendants.

_____/

DAY 8 - AFTERNOON SESSION

DEPOSITION OF SCOTT W. ROTHSTEIN

| | |
|---|---|
| DATE TAKEN: | Wednesday, December 21, 2011 |
| TIME: | 1:00 p.m. - 5:00 p.m. |
| PLACE: | James Lawrence King Federal |
| | Justice Building |
| | 99 Northeast Fourth Street |
| | Miami, Florida 33124 |

Examination of the witness taken before:

Terri Wright
United Reporting, Inc.
1218 Southeast Third Avenue
Fort Lauderdale, Florida  33316
(954)525-2221

Page 2202

```
 1                          IN THE CIRCUIT COURT OF THE
                            17TH JUDICIAL CIRCUIT IN AND
 2                          FOR BROWARD COUNTY, FLORIDA

 3                          CASE NO:  10-2411 CACE (19)

 4   EDWARD J. MORSE, CAROL A. MORSE,
     and MORSE OPERATIONS, INC.,
 5
          Plaintiffs,
 6
     vs.
 7
     SCOTT W. ROTHSTEIN, et al,
 8
          Defendants.
 9   _____/

10

11
                       UNITED STATES DISTRICT COURT
12                     SOUTHERN DISTRICT OF FLORIDA
                         FORT LAUDERDALE DIVISION
13

14
     AMY ADAMS, ET AL, PLAINTIFF VS. SCOTT ROTHSTEIN, ET AL.
15   CASE NO:  11-CV-61688-JIC/LSS

16   Case No:  10-03767 RBR   STETTIN VS. GIBRALTAR PRIVATE
                              BANK & TRUST CO.
17
     Case No:  10-03802-RBR   STETTIN VS. CENTURION STRUCTURED
18                            GROWTH LLC, ET AL.

19   Case No:  11-02288-RBR   STETTIN VS. FIDELITY CHARITABLE
                              GIFT FUND
20
     Case No:  11-02368-RBR   STETTIN VS. TD BANK, N.A.
21

22   Case No:  11-02473-RBR   STETTIN VS. REGENT CAPITAL
                              PARTNERS, LLC ET AL
23
     Case No:  11-02604-RBR   STETTIN VS. MAPLE LEAF DRILLING
24                            PARTNERS, ET AL

25   Case No:  11-02605-RBR   STETTIN VS. DON KING PRODUCTIONS
```

Page 2203

```
 1    APPEARANCES FOR SCOTT ROTHSTEIN:
 2        LAW OFFICE OF MARC S. NURIK
          1 East Broward Boulevard
 3        Suite 700
          Fort Lauderdale, Florida 33301
 4        BY:  MARC S. NURIK, ESQUIRE
 5    APPEARANCES FOR THE CHAPTER 11 TRUSTEE,
          HERBERT STETTIN:
 6
          BERGER SINGERMAN
 7        350 East Las Olas Boulevard
          Suite 1000
 8        Fort Lauderdale, Florida 33301
          BY:  CHARLES H. LICHTMAN,, ESQUIRE
 9
      APPEARANCES FOR THE TRUSTEE:
10
          GENOVESE, JOBLOVE & BATTISTA, P.A.
11        100 S.E. 2nd Street
          Suite 4400
12        Miami, Florida 33131
          By:  JOHN. H. GENOVESE, ESQUIRE
13             DAVID C. CIMO, ESQUIRE
               THERESA M.B. VAN VLIET, ESQUIRE
14             JESUS SUAREZ, ESQUIRE
               ROBERT F. ELGIDELY, ESQUIRE
15
      APPEARANCES FOR RAZORBACK:
16
          CONRAD & SCHERER, LLP
17        633 South Federal Highway
          Eighth Floor
18        Fort Lauderdale, Florida 33302
          BY:  WILLIAM R. SCHERER, ESQUIRE
19             ERIC RAYMAN, ESQUIRE
               IVAN J. KOPAS, ESQUIRE
20                  and
          KOZYAK, TROPIN & THROCKMORTON, P.A.
21        2525 Ponce de Leon Boulevard
          Ninth Floor
22        Coral Gables, Florida 33134
          BY:  HARLEY S. TROPIN, ESQUIRE
23
24
25
```

Page 2204

```
 1    APPEARANCES FOR PLATINUM PARTNERS VALUE ARBITRAGE
          CENTURION STRUCTURED GROWTH, LLC:
 2
          GOLDSTEIN, TANEN & TRENCH, P.A.
 3        One Biscayne Tower, Suite 3700
          Two South Biscayne Boulevard
 4        Miami, Florida 33131
          By:  SUSAN E. TRENCH, ESQUIRE
 5
          CURTIS, MALLET-PREVOST, COLD & MOSLE LLP
 6        101 Park Avenue
          New York, NY 10178-0061
 7        BY:  ELIOT LAUER, ESQUIRE
               GABRIEL HERTZBERG, ESQUIRE
 8
      APPEARANCES FOR MURRAY HUBERFELD AND DAVID BODNER
 9
          HARVEY WERBLOWSKY, ESQUIRE
10
      APPEARANCES FOR THE COMMITTEE OF
11        UNSECURED CREDITORS:
12        AKERMAN, SENTERFITT
          One Southeast Third Avenue
13        25th Floor
          Miami, Florida 33131-1704
14        BY:  MICHAEL GOLDBERG, ESQUIRE
15    APPEARANCES FOR T.D. BANK:
16        GREENBERG TRAURIG, P.A.
          401 E Las Olas Blvd Ste 2000
17        Fort Lauderdale, Florida 33301
          BY:  MARK P. SCHNAPP, ESQUIRE
18             DONNA EVANS, ESQUIRE
19    APPEARANCES FOR RLI ZURICH INSURANCE COMPANY,
          COLUMBIA INC. & ZURICH INSURANCE:
20
          CLAUSIN MILLER
21        One Chase Manhattan Plaza
          39th Floor
22        New York, New York  10005
          BY:  SCOTT L. SCHMOOKLER, ESQUIRE
23
24
25
```

Page 2205

```
 1    APPEARANCES FOR FEDERAL INSURANCE COMPANY:
 2         1430 South Dixie Highway
           Suite 204
 3         Coral Gables, Florida 331463127
           BY:  ALEX HOFRICHTER, ESQUIRE
 4
      APPEARANCES FOR THE MORSES:
 5
           TRIPP SCOTT, P.A.
 6         110 S.E. Sixth Street,15th Floor
           Fort Lauderdale, Florida 33301
 7         By:  JOHN M. MULLIN, ESQUIRE
                GEORGE WALKER, ESQUIRE
 8
           LAW OFFICES OF ROBERTA DEUTSCH
 9         2499 Glades Road
           Suite 110
10         Boca Raton, Florida 33431
           BY:  ROBERTA M. DEUTSCH, ESQUIRE
11
      APPEARANCES FOR EMESS CAPITAL, LLC:
12
           KLUGER KAPLAN SILVERMAN, KATZEN & LEVINE, PL
13         201 S Biscayne Blvd Fl 17
           Miami, Florida 331314
14         BY:  CASEY H. CUSICK, ESQUIRE
15    APPEARANCES FOR ST. PAUL FIRE & MARINE:
16         MILLS PASKERT DIVERS P.A.
           100 N Tampa St Ste 2010
17         Tampa, Florida 336025145
           BY:  JOHN A. BLACK, JR., ESQUIRE
18
      APPEARANCES FOR ROSANNE CARETSKY:
19
           BILLING COCHRAN LYLES
20         515 E Las Olas Blvd
           Floor Six
21         Fort Lauderdale, Florida 333012296
           BY:  DANIEL S. GELBER, ESQUIRE
22
      APPEARANCES FOR FEPICT, MS GROUP:
23
           NYSTROM, BECKMAN & PARIS
24         One Marina Park Dr., 15th Flr.
           Boston, MA 02210
25         BY:  JACK SIEGAL, ESQUIRE
```

Page 2206

```
 1   APPEARANCES FOR MICHAEL SZANFRANKSI:

 2        LYDECKER, DIAZ
          1221 Brickell Avenue
 3        Floor 19
          Miami, Florida 33131
 4        BY:  CHRISTOPHER G. BERGA, ESQUIRE
               MIGUEL J. CHAMORRO, ESQUIRE
 5
     APPEARANCES FOR GIBRALTAR:
 6
          STEARNS WEAVER MILLER, et al.
 7        150 W Flagler St Ste 2200
          Miami, Florida 331301545
 8        BY:  MARY BARZEE-FLORES, ESQ.
               MATTHEW DATES, ESQUIRE
 9
     APPEARANCES FOR FRANK PREVE:
10
          PODHURST ORSEK
11        25 W Flagler St Ste 800
          Miami, Florida 331301720
12        BY:  RAMON A. RASCO, ESQUIRE

13   APPEARANCES FOR THE US GOVERNMENT:

14        500  East Broward Boulevard, Suite 700
          Fort Lauderdale, Florida 33394
15        BY: JEFFREY KAPLAN, ESQUIRE

16   APPEARANCES FOR FRANK SPINOSA:

17        SCHLESINGER AND COTZEN, P.L.
          799 Brickell Plz Ste 700
18        Miami, Florida 33131
          BY:  MICHAEL J. SCHLESINGER, ESQUIRE and
19             MICHAEL COTZEN, ESQUIRE
                    and
20            SAMUEL J. RABIN, ESQUIRE
              799 Brickell Plaza
21            Suite 606
              Miami, Florida 33131
22

23

24

25
```

Page 2207

1                    EXAMINATION INDEX
2
                                              PAGE
3    SCOTT W. ROTHSTEIN
        DIRECT BY MR. LAUER                   2208
4

5

6                     EXHIBIT INDEX

7                                             PAGE
     THE FUNDS'
8
     259   Affidavit of Richard S. Fechter          2236
9
     260   FP112310-0196804/1, E-mail dated 10/29/09   2342
10
     261   FP112310-0196804/1, E-mail dated 10/29/09   2261
11
     261   Confidential Settlement Agreement and    2261
12         General Release
13   262   PRODA 021218, Letter dated 10/14/09      2262
14   262   Confidential Settlement Agreement and    2262
           General Release
15
     263   PRODA 046167, E-mail dated10/16/2009     2263
16
     264   PRODA 045671, Letter dated 10/15/09      2264
17
     265   PRODA 048648, E-mail dated 10/23/09      2265
18
     266   Elite Delivery Systems Website Printout  2286
19
     267   Analysis dated 3/10/11                   2292
20
     268   FP112310-0086198, E-mail dated 1/22/08   2308
21
     269   PCL59129, E-mail dated 4/13/09           2320
22
     270   FP112310-0162455/1, E-mail dated 4/14/09  2322
23
     271   E-mail dated 12/25/08                    2336
24

25

                    United Reporting, Inc.
                      (954) 525- 2221

Page 2226

 1   this person.

 2          And then if I was dissatisfied with that

 3   explanation I would, if I were investing that kind of

 4   money, likely contacted some other type of expert in the

 5   field to get additional clarification.

 6      Q   You mentioned RRA Sports Marketing, what was

 7   that?

 8      A   We created -- one of the companies that we had

 9   purchased was a company from Brian Levy which was a

10   sports agency representing mostly football players and

11   some other athletes.

12      Q   Who is we?

13      A   Me and Stuart Rosenfeldt.

14      Q   Individually or through the law firm?

15      A   Everything was paid for by the law firm.  It

16   actually was paid for by the people investing in the

17   fraudulent schemes, but the money flows through the law

18   firm out to these other places.

19      Q   Who had the title ownership of this entity?

20      A   In almost all those businesses I recall it

21   being exclusively titled in my name or a corporation

22   which I controlled.

23      Q   What was the business?

24      A   So that was - we established RRA Goal Line with

25   Brian Levy running it.  And then as an offshoot to that,

Page 2227

```
 1    he introduced us to some people who were doing sports
 2    marketing, photographs, memorabilia, that type of stuff,
 3    and we created RRA Sports Marketing Management,
 4    something along those lines.  I don't recall the exact
 5    name, and its business was to supplement what RRA Goal
 6    Line was doing and to also mesh in with what Kip Hunter
 7    Epstein of Kip Hunter Marketing was doing on the other
 8    side.
 9         Q    You've been asked some questions about these
10    various Banyon entities and Banyon accounts, do you
11    remember that?
12         A    I do.
13         Q    And these were George Levin's accounts?
14         A    Yes, sir.
15         Q    And the Banyon entities were entities that
16    George set up and created, you didn't set up the Banyon
17    entities?
18         A    No, sir.
19         Q    Your law firm didn't set up the Banyon
20    entities?
21         A    No, sir.
22         Q    You weren't controlling the Banyon entities?
23         A    No, sir.
24         Q    George was?
25         A    George and Frank and then there was the one
```