IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CIVIL DIVISION AG
CASE NO. 502009CA040800XXXXMB
Judge David F. Crow

JEFFREY EPSTEIN,

    Plaintiff,

v.

SCOTT ROTHSTEIN, individually and
BRADLEY J. EDWARDS, individually,

    Defendants.

_____/

## AGREED ORDER ON PLAINTIFF'S RENEWED MOTION
## FOR ORDER TO TAKE SCOTT ROTHSTEIN'S DEPOSITION

**THIS CAUSE** having come to be heard upon the Motion of Plaintiff, JEFFREY EPSTEIN, for leave to take the deposition of SCOTT W. ROTHSTEIN, an incarcerated Defendant, and it appearing to the Court that the same is necessary for the prosecution of this action, it is:

**ORDERED** that said Motion is GRANTED and the Parties in this action shall be permitted to depose Scott W. Rothstein in Federal custody or at any other location or prison where Scott W. Rothstein is incarcerated, and it is further,

**ORDERED** that the Parties shall abide by the protocol for taking said deposition as ordered by the United States Bankruptcy Court for the Southern District of Florida and the United States District Court for the Southern District of Florida.



EXHIBIT 2

Epstein v. Rothstein and Edwards
Case No. 502009CA040800XXXXMB/Division AG
Order on Renewed Motion for Order to Take Scott Rothstein's Deposition
Page 2 of 2

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County, Florida this _____ day of December, 2011.

HONORABLE DAVID F. CROW
CIRCUIT JUDGE

Copies furnished to:

Joseph L. Ackerman, Jr., Esq.
Fowler White Burnett, P.A.
901 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401

Jack Scarola, Esq.
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409

Jack A. Goldberger, Esq.
Atterbury, Goldberger & Weiss, P.A.
250 Australian Avenue, South, Suite 1400
West Palm Beach, FL 33401-5012

Marc S. Nurik, Esq.
Law Offices of Marc S. Nurik
One E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33301