Page 1

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA
CASE NO:  09-062943 07

RAZORBACK FUNDING, LLC, et al,

    Plaintiffs,

vs.

SCOTT W. ROTHSTEIN, et al,

    Defendants.

_____/


DAY 1 - AFTERNOON SESSION

DEPOSITION OF SCOTT ROTHSTEIN


DATE TAKEN:    Monday, December 12, 2011
TIME:    1:00 p.m. - 5:00 p.m.
PLACE:    99 N.E. Fourth Street, Miami, FL


Taken on Behalf of Razorback


Examination of the witness taken before:


Terri Wright
United Reporting, Inc.
1218 Southeast Third Avenue
Fort Lauderdale, Florida  33316
(954)525-2221


EXHIBIT
1

```
 1                           IN THE CIRCUIT COURT OF THE
                             17TH JUDICIAL CIRCUIT IN AND
 2                           FOR BROWARD COUNTY, FLORIDA
                             CASE NO:  09-062943 07
 3

 4   EDWARD J. MORSE, CAROL A. MORSE,
     and MORSE OPERATIONS, INC.,
 5
         Plaintiffs,
 6
     vs.
 7
     SCOTT W. ROTHSTEIN, et al,
 8
         Defendants.
 9   _____/

10
     Case No:  10-03767 RBR   STETTIN VS. GIBRALTAR PRIVATE
11                            BANK & TRUST CO.

12
     Case No:  10-03802-RBR  STETTIN VS. CENTURION STRUCTURED
13                           GROWTH LLC, ET AL.

14
     Case No:  11-02288-RBR  STETTIN VS. FIDELITY CHARITABLE
15                           GIFT FUND

16
     Case No:  11-02368-RBR  STETTIN VS. TD BANK, N.A.
17

18   Case No:  11-02473-RBR  STETTIN VS. REGENT CAPITAL
                             PARTNERS, LLC ET AL
19
     Case No:  11-02604-RBR  STETTIN VS. MAPLE LEAF DRILLING
20                           PARTNERS, ET AL

21   Case No:  11-02605-RBR  STETTIN VS. DON KING PRODUCTIONS,
                             INC.
22

23

24

25
```

```
 1
     APPEARANCES FOR RAZORBACK:
 2
          WILLIAM R. SCHERER, ESQUIRE
 3        REID COCALIS, ESQUIRE
          IVAN KOPAS, ESQUIRE
 4        CONRAD & SCHERER, LLP

 5
          ADAM MOSKOWITZ, ESQUIRE
 6        KOZYAK, TROPIN & THROCKMORTON, P.A.

 7                        * * * * * * * * * * * *
 8
          MARC S. NURIK, ESQUIRE
 9        Appearing on behalf of SCOTT ROTHSTEIN.

10
          CHARLES L. LICHTMAN, ESQUIRE
11        BERGER SINGERMAN
          Appearing on behalf of the Chapter 11 Trustee,
12        Herbert Stettin.

13
          HARVEY SERBLOWSKY, ESQUIRE
14        Appearing on behalf of Platinum & Centurion Funds.

15
          JAN ATLAS, ESQUIRE
16        Appearing on behalf of Levinson Jewelers.

17
          MICHAEL GOLDBERG, ESQUIRE
18        AKERMAN SENTERFITT
          Appearing on behalf of Official Committee of
19        Unsecured Creditors.

20
          THERESA M.B. VAN VLIET, ESQUIRE
21        JOHN H. GENOVESE, ESQUIRE
          Appearing on behalf of the Trustee.

22
23        CARAN L. ROTHCHILD, ESQUIRE
          GREENBERG TRAURIG
24        Appearing on behalf of TD Bank, N.A.

25
```

```
 1

         MARY BARZEE FLORES, ESQUIRE
 2       MATTHEW DATES, ESQUIRE
         STEARNS WEAVER
 3       Appearing on behalf of Gibraltar Bank.

 4

         MICHAEL SCHLESINGER, ESQUIRE
 5       SCHLESINGER & COTZEN
         Appearing on behalf of Frank Spinosa.

 6

 7       CHRISTOPHER G. BERGA, ESQUIRE
         LYDECKER DIAZ, LLC
 8       Appearing on behalf of Szfranski.

 9

         RAMON A. RASCO, ESQUIRE
10       PODHURST ORSECK
         Appearing on behalf of Frank Preve.

11

12       TUCKER CRAIG, ESQUIRE
         BILLING, COCHRAN, LYLES, MAURO & RAMSEY, P.A.
13       Appearing on behalf of Rosanne Caretsky.

14

         DAVID C. CIMO, ESQUIRE
15       GENOVESE JOBLOVE & BATTISTA
         Appearing on behalf of the Trustee.

16

17       ALEX HOFRICHTER, ESQUIRE
         LAW OFFICES OF ALEX HOFRICHTER, P.A.
18       Appearing on behalf of Federal Insurance Company.

19

         JOHN MULLIN, ESQUIRE
20       GEORGE WALKER, ESQUIRE
         TRIPP SCOTT
21       Appearing on behalf of Morses.

22

         JESUS SUAREZ, ESQUIRE
23       Appearing on behalf of the Trustee.

24

         SCOTT SCHMOOKLER, ESQUIRE
25       Appearing on behalf of RLI Insurance, Columbia
```

1

2 CASEY CUSICK, ESQUIRE
 Appearing on behalf of Emess Capital, LLC.

3

 JAMES A. BLACK, JR., ESQUIRE

4 Appearing on behalf of St. Paul Fire & Marine.

5 BART HOUSTON, ESQUIRE
 Appearing on behalf of Levinson, Pearson &

6 Associates, Roger Stone and Watch U-Want, Inc.

7

 LAWRENCE LAVECCHIO, ESQUIRE

8 Appearing on behalf of the U.S. Government.

9

 JACK SIEGAL, ESQUIRE

10 Appearing on behalf of Fepict, MS Group.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1         I N D E X
2
3        EXHIBIT INDEX
4
RAZORBACK'S
5
   1    June 2, 2010 letter to Judge Cohn          40
6
   2    E-mails (Bates Intracoastal 1031 - 1035)   55
7
   3    Composite of Morse Documents               66
8
   4    Morse Triangle                             70
9
   5    E-mail dated 2/16/06                       74
10
   6    Composite of e-mails                       76
11
   7    E-mail dated 2/26/06                       79
12
   8    E-mail dated 8/29/06                       80
13
   9    Discrepancy Schedule                       84
14
   10 &  6/25/08 e-mail and Promissory Note        87
15
   12   Document concerning Promissory Notes       90
16
   13   Caputi e-mails                             95
17
   14   Summary Chart                              96
18
   15   Summary Chart                              104
19
   16   Page from Power Point                      108
20
   17   E-mail Bates Rothstein S000097             110
21
   18   E-mail dated 9/6                           112
22
   19   Composite                                  124
23
   20   e-mail                                     130
24
   21   E-mail dated 11/3/08                       141
25

Page 7

| 23 | E-mail dated 3/30/09 | 145 |
| 24 | E-mail dated 3/30/09 | 149 |
| 25 | E-mail dated 12/6/06 | 150 |
| 26 | E-mail dated 2/13/07 | 152 |
| 27 | E-mail dated 7/31/07 | 153 |
| 28 | E-mail dated 9/19/07 | 155 |
| 29 | E-mail dated 12/14/07 | 157 |
| 30 | E-mail dated 6/25/08 | 158 |
| 31 | E-mail dated June '08 | 160 |
| 32 | E-mail dated June 30, '08 | 163 |
| 33 | E-mail | 165 |
| 34 | E-mail | 166 |
| 35 | E-mail 03/09/09 | 169 |

1   we got started.  I don't have a specific point in time in

2   mind.  But yes, very, very quickly he knew that they were

3   not legitimate deals.

4       Q     And you established a man law account.  Do you

5   know where that account was located and how it was --

6           MR. MULLIN:  I'm going to object.  This is John

7       Mullin, Tripp Scott, we're Counsel for Ed and Carol

8       Morse and Morse Operations.

9           You made a big point, Mr. Scherer, of pointing

10      out the particular lawsuits that are pending and have

11      been part of the protocol, which you have gotten

12      permission to go forward.  There's no pending case

13      against the Morses.  They are not listed in your 2100

14      page Complaint and the entire line of questioning

15      about the Morses does not relate to a case in which

16      you have been Court permission to ask questions

17      today.

18          We object to it.  I want a standing objection.

19      And we're going to move to strike any of this

20      testimony from the use at any future cases you may

21      bring that is not yet of record and not given

22      permission.

23          MR. SCHERER:  Thank you.  You reminded me.  May

24      I have the Composite Exhibit of the Morse documents

25      that Mr. Morse filed as a part of these proceedings?

Page 65

1       We're going to give that -- we're going to make this

2       a composite Exhibit Number 3.

3           MR. KOPAS:   Composite Exhibit No. 3 are all the

4       documents that the Morse team filed in anticipation

5       of this deposition.   They were labeled as Exhibit 5.

6           (Whereupon, Plaintiff's Exhibit No. 3 was marked

7       for identification.)

8   BY MR. SCHERER:

9       Q    Would you take that and hand to to

10  Mr. Rothstein?

11          What I would like you to do, sir, obviously I

12  don't want you to read all that.   Look through it and I'm

13  going to ask you a couple questions as to what's in those

14  documents.   We're going to get into some of those in a

15  little more detail.   I'll withdraw the man law for now,

16  then I'll do the man law in a minute.

17          Does it appear to be those are communications,

18  e-mails between you and the Morse family and Ted Morse

19  and copies of letters and then maybe Court pleadings on

20  cases including, primarily, Jan Jones that you handled

21  for them?

22      A    Yes.

23      Q    And you can see there's e-mails back and forth

24  relative to that case; correct?

25      A    That's correct.

Page 66

1    Q    Again, I'm not going to have you read the whole

2    thing.  I put that in as a composite because those were,

3    again, for the record, that's the documents that Morse

4    provided in their electronic filing to support their

5    deposition of you, which is going to take place on - I

6    don't know, Wednesday or Thursday.

7         MR. MULLIN:  Let me state for the record the

8         documents that we distributed by the Court deadline,

9         unlike some people, were related to a Court

10        proceeding because we have a separate action that is

11        one of the cases where we've been given Court

12        permission to be here to question the witness on.

13             To the extent that there are Morse documents

14        that are here that doesn't mean we are in anyway

15        waive any objections we have as to using other

16        documents that were circulated including documents

17        that were circulated on time.

18   BY MR. SCHERER:

19   Q    Thank you.  Okay.

20        Thanks.  Now, I'm going to ask again what was

21   the man law account?

22   A    The man law account was an account - I believe I

23   had one and Ted had one.  They were accounts that we

24   placed funds in for the purpose of paying for our extra

25   curricular activities with escorts.

Page 67

1    Q    The funds that went into those accounts, were

2    those -- where did those funds come from?

3    A    They were Ponzi funds.

4    Q    You had a man law account and he had one or did

5    you share the account?

6    A    We had a shared account, but he also had an

7    account that we called the man law account which was - he

8    had a separate account within Morse Operations to hide it

9    from his wife.

10        As far as I know, the way he accessed that was

11   he would tell the CFO, Dennis McGinnis to take a portion

12   of the money that I was sending, for example, back to

13   Morse Operations and they would split it amongst the

14   investors; part might go to Morse Operations, part might

15   go to Ted Patti and part would go into his quote, unquote

16   man law account, the account he used to support his

17   mistresses.

18   Q    When you had the account jointly, what bank was

19   that account in; do you recall?

20   A    I don't recall.  I don't recall.  As a matter of

21   fact, specifically I don't even recall having the joint

22   account.  I think the joint account may have been one of

23   the law firm accounts that we pulled money out of.  The

24   account sticks out most in my head - I was drawing all

25   kinds of money out of our firm and out of every account.

1  But the one that we talked about more often than not was

2  the account that Ted had at - actually at Morse

3  Operations.

4      Q    We're going to have some evidence of on that in

5  a minute.  Who was Patti Morse?

6      A    Patti Morse is Ted's wife.

7      Q    And Ed Morse is?

8      A    Ted's father.

9      Q    Carol is?

10     A    Ed Morse's wife.

11     Q    And Morse Operations or MOI?

12     A    The parent company - that is the company that

13  oversees all the business of all the Morse car

14  dealerships and other entities.

15     Q    Now, let me show you we've got a Number 4.  We

16  have a demonstrative prepared here that I want to show

17  you to see if this is an accurate portrayal of the

18  relationship that you --

19          MR. MULLIN:  We object.  It's untimely and

20      improper and it doesn't relate to a case in which you

21      have permission of the Court to question this

22      witness.  Move to strike all the questions and

23      answers.  And object to circulating the exhibits.

24          MR. SCHERER:  Thank you, Counsel.  You've made

25      that objection and it's noted.  I don't think you

1      need to make it every time.  Go ahead.

2           MR. KOPAS:   Exhibit 4 is a demonstrative titled

3      Morse Triangle.

4           (Plaintiff's Exhibit No. 4 was marked for

5           identification.)

6  BY MR. SCHERER:

7      Q    Now, take a look at this little graphic we

8  prepared here.  I want to see if this accurately

9  portrays the business that you were doing with the Morse

10 family and you've got -- see Ted over there with the

11 fictional deals that you --

12          I'll ask you.  You funded fictional deals for

13 Ted Morse and Patti that were Ponzi deals primarily by -

14 started by e-mails, no other documentation?

15     A    99 percent of the deals that I did with Ted

16 were e-mail deals.

17     Q    Right.

18     A    The only time that paper came up was when his

19 father asked for paper.  And there was a period of

20 time - the middle or towards the end of one of their

21 audits, I believe Crowe Chizek was doing - they did

22 all the financials as part of the banking requirements.

23 And the auditors seeing all of this money flowing back

24 and forth between Ted and Patti, Morse Operations, Ed

25 and my firm - I suspect, based upon what Ted told me,

Page 281

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT IN AND
FOR BROWARD COUNTY, FLORIDA
CASE NO:  09-062943 07

RAZORBACK FUNDING, LLC, et al,

    Plaintiffs,

vs.

SCOTT W. ROTHSTEIN, et al,

    Defendants.
_____/


DAY 2 - AFTERNOON SESSION

DEPOSITION OF SCOTT W. ROTHSTEIN


DATE TAKEN:    Tuesday, December 13, 2011
TIME:    12:30 p.m. - 5:00 p.m.
PLACE:    99 N.E. Fourth Street, Miami, FL


Taken on Behalf of Razorback


Examination of the witness taken before:


Terri Wright
United Reporting, Inc.
1218 Southeast Third Avenue
Fort Lauderdale, Florida  33316
(954)525-2221

```
                                                        Page 282

 1                          IN THE CIRCUIT COURT OF THE
                            17TH JUDICIAL CIRCUIT IN AND
 2                          FOR BROWARD COUNTY, FLORIDA
                            CASE NO:  09-062943 07
 3

 4    EDWARD J. MORSE, CAROL A. MORSE,
      and MORSE OPERATIONS, INC.,
 5
           Plaintiffs,
 6
      vs.
 7
      SCOTT W. ROTHSTEIN, et al,
 8
           Defendants.
 9    _____/

10                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
11                      FORT LAUDERDALE DIVISION

12
      AMY ADAMS, ET AL, PLAINTIFF VS. SCOTT ROTHSTEIN, ET AL.
13    CASE NO:  0:11-CV-61688-JIC/LSS

14
      Case No:  10-03767 RBR    STETTIN VS. GIBRALTAR PRIVATE
15                              BANK & TRUST CO.

16
      Case No:  10-03802-RBR  STETTIN VS. CENTURION STRUCTURED
17                            GROWTH LLC, ET AL.

18
      Case No:  11-02288-RBR  STETTIN VS. FIDELITY CHARITABLE
19                            GIFT FUND

20
      Case No:  11-02368-RBR  STETTIN VS. TD BANK, N.A.
21

22    Case No:  11-02473-RBR  STETTIN VS. REGENT CAPITAL
                              PARTNERS, LLC ET AL
23
      Case No:  11-02604-RBR  STETTIN VS. MAPLE LEAF DRILLING
24                            PARTNERS, ET AL

25    Case No:  11-02605-RBR  STETTIN VS. DON KING PRODUCTIONS,
```

```
 1    APPEARANCES FOR RAZORBACK:

 2         WILLIAM R. SCHERER, ESQUIRE
           REID COCALIS, ESQUIRE
 3         IVAN KOPAS, ESQUIRE
           CONRAD & SCHERER, LLP
 4

 5         ADAM MOSKOWITZ, ESQUIRE
           KOZYAK, TROPIN & THROCKMORTON, P.A.
 6

 7                    * * * * * * * * * * * *

 8         MARC S. NURIK, ESQUIRE
           Appearing on behalf of SCOTT ROTHSTEIN.
 9

10         CHARLES L. LICHTMAN, ESQUIRE
           BERGER SINGERMAN
11         Appearing on behalf of the Chapter 11 Trustee,
           Herbert Stettin.
12

13         HARVEY SERBLOWSKY, ESQUIRE
           Appearing on behalf of Platinum & Centurion Funds.
14

15         SUSAN E. TRENCH, ESQUIRE
           GOLDSTEIN, TANEN & TRENCH, P.A.
16         Appearing on behalf of Platinum and Centurion.

17

18         MICHAEL GOLDBERG, ESQUIRE
           AKERMAN SENTERFITT
           Appearing on behalf of Official Committee of
19         Unsecured Creditors.

20

21         THERESA M.B. VAN VLIET, ESQUIRE
           JOHN H. GENOVESE, ESQUIRE
22         Appearing on behalf of the Trustee.

23         CARAN L. ROTHCHILD, ESQUIRE
           GREENBERG TRAURIG
24         Appearing on behalf of TD Bank, N.A.

25
```

Page 284

```
 1        MARY BARZEE FLORES, ESQUIRE
          MATTHEW DATES, ESQUIRE
 2        STEARNS WEAVER
          Appearing on behalf of Gibraltar Bank.
 3

 4        MICHAEL SCHLESINGER, ESQUIRE
          SCHLESINGER & COTZEN
 5        Appearing on behalf of Frank Spinosa.

 6

 7        CHRISTOPHER G. BERGA, ESQUIRE
          LYDECKER DIAZ, LLC
          Appearing on behalf of Szfranski.
 8

 9        RAMON A. RASCO, ESQUIRE
          PODHURST ORSECK
10        Appearing on behalf of Frank Preve.

11

12        TUCKER CRAIG, ESQUIRE
          BILLING, COCHRAN, LYLES, MAURO & RAMSEY, P.A.
          Appearing on behalf of Rosanne Caretsky.
13

14        DAVID C. CIMO, ESQUIRE
          GENOVESE JOBLOVE & BATTISTA
15        Appearing on behalf of the Trustee.

16

17        ALEX HOFRICHTER, ESQUIRE
          LAW OFFICES OF ALEX HOFRICHTER, P.A.
          Appearing on behalf of Federal Insurance Company.
18

19        JOHN MULLIN, ESQUIRE
          GEORGE WALKER, ESQUIRE
20        TRIPP SCOTT
          Appearing on behalf of Morses.
21

22        JESUS SUAREZ, ESQUIRE
          Appearing on behalf of the Trustee.
23

24        SCOTT SCHMOOKLER, ESQUIRE
          Appearing on behalf of RLI Insurance, Columbia
25        Insurance and Zurich Insurance.
```

Page 285

```
 1       CASEY CUSICK, ESQUIRE
         Appearing on behalf of Emess Capital, LLC.
 2
         JAMES A. BLACK, JR., ESQUIRE
 3       Appearing on behalf of St. Paul Fire & Marine.

 4       BART HOUSTON, ESQUIRE
         Appearing on behalf of Levinson, Pearson &
 5       Associates, Roger Stone and Watch U-Want, Inc.

 6
         LAWRENCE LAVECCHIO, ESQUIRE
 7       Appearing on behalf of the U.S. government.

 8
         JACK SIEGAL, ESQUIRE
 9       Appearing on behalf of Fepict, MS Group.

10
         ROBERTA M. DEUTSCH, ESQUIRE
11       THE LAW OFFICE OF ROBERTA M. DEUTSCH
         Appearing on behalf of Carol Morse.
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 286

1                            I N D E X

2

3

4                   EXAMINATION INDEX

5                                          PAGE
   SCOTT W. ROTHSTEIN
6
        CONTINUED DIRECT BY MR. SCHERER      287
7       DIRECT BY MR. MR. LICHTMAN           411

8

9

10                    EXHIBIT INDEX

11                                           PAGE
   EXHIBITS
12
        Exhibit No. 46.                      325
13      Exhibit No. 47.                      337
        Exhibit No. 48                       350
14      Exhibit No. 49.                      358
        Exhibit No. 50.                      366
15      Exhibit No. 51.                      372
        Exhibit No. 52.                      375
16      Exhibit No. 53.                      377
        Exhibit No. 54.                      381
17      Exhibit No. 55.                      385
        Exhibit No. 56.                      387
18      Exhibit No. 57.                      392
        Exhibit No. 58.                      393
19      Exhibit No. 59.                      394
        Exhibit No. 60.                      398
20      Exhibit No. 61.                      400
        Exhibit No. 62.                      406
21      Exhibit No. 63.                      408

22

23

24

25

Page 320

```
 1      alternative means.  It said, if you have acted

 2      ethically this shouldn't be a problem.

 3   BY MR. SCHERER:

 4      Q    I think you testified yesterday that you had the

 5   impression when you received that that it was written by

 6   a lawyer or she had a lawyer help her write that.  Do you

 7   recall that testimony?

 8      A    I do.

 9      Q    Now, from that point on, did you believe that

10   Carol Morse had a lawyer that was advising her from that

11   point to the -- that being September through the crash of

12   the Ponzi?

13      A    Yes.

14      Q    Do you remember whether you and Ted talked about

15   that at all?

16      A    We did extensively.  We talked about Carol

17   extensively frequently.

18      Q    Do you have a recollection of discussing with

19   Ted that Carol may have her own counsel involved?

20           MR. MULLIN:  John Mullin.  I'm going to restate

21      the objections I made yesterday.  All of the

22      questioning about Carol Morse and Ed Morse related

23      not to the Razorback 2,100 page complaint for which

24      Mr. Scherer got permission to take this depo, but to

25      a separate action that to date we've not been served
```

Page 321

1    with.

2         So, I think that this violates protocol order

3    and we object to this entire line of questioning and

4    move to strike.

5         MR. SCHERER:  You did that yesterday.  I think

6    this is a continuing deposition, as I understand it.

7         MR. MULLIN:  I wanted to make sure you knew it

8    was a continuing deposition.  I thought you were done

9    with that topic.

10        MR. SCHERER:  Sorry, Mr. Mullin, what did you

11   say last?  I got interrupted.

12        MR. MULLIN:  I said I wanted to make sure you

13   knew it was a continuing objection since I thought

14   you were done with that topic.

15        MR. SCHERER:  Okay.  Thank you very much.

16        MR. MULLIN:  You're welcome.

17        MR. SCHERER:  Madam Reporter, can you read back

18   my question?

19        (The pending question was read back by the court

20   reporter.)

21   BY MR. SCHERER:

22   Q    And the answer is?

23   A    Here's the way it would work with Ted.  Any time

24   that Carol was bothering me, making inquires that were

25   problematic for me, create problems for his dad, for Ed,