UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61338-CIV-COHN

In Re: ROTHSTEIN ROSENFELDT ADLER, P.A.,

    Debtor.
_____/

**ORDER GRANTING THE MOTIONS OF THE INSURANCE COMPANIES AND BANYON TRUSTEE TO ISSUE A WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**THIS CAUSE** is before the Court upon the Insurance Companies'[1] Motion for Writ of Habeas Corpus Ad Testificandum [DE 144] and Request for Hearing [DE 148], Robert C. Furr's ("Banyon Trustee") Motion for Writ of Habeas Corpus Ad Testificandum [DE 145], the Federal Insurance Company's Motion for Writ of Habeas Corpus Ad Testificandum [DE 146] and Request for Hearing [DE 147], and St. Paul Fire and Marine Insurance Company's Notice of Joining Motions [DE 151]. The Court has carefully considered all of these filings and the entire record in this action, and is otherwise fully advised in the premises.

The Insurance Companies[2] and the Banyon Trustee seek issuance of a writ of habeas corpus ad testificandum to formally allow them to question Scott Rothstein, ("Rothstein"), the central figure in a criminal action brought by the United States of America regarding fraudulent activities undertaken by Rothstein while he controlled the

---

[1] These companies are Ironshore Indemnity Inc., RLI Insurance Company, Columbia Casualty Company, Zurich American Insurance Company, and Westchester Insurance Company.

[2] For purposes of the remainder of this Order, "Insurance Companies" shall refer to all seven insurance companies listed in the above paragraph and footnote 1, as they all make the same arguments.

now bankrupt law firm of Rothstein, Rosenfeldt & Adler, P.A. ("RRA"). This Court recently authorized a second deposition of Rothstein, to be taken for ten business days by video conference commencing June 4, 2012. See Order Granting the Motions of the Trustee and Jeffrey Epstein to Issue a Writ of Habeas Corpus Ad Testificandum, February 13, 2012 [DE 129].

Among the issues decided by this Court in its February 13, 2012 Order, was whether certain parties would be able to participate in the second deposition. Among other conclusions, the Court stated:

> The Trustee opposes the participation of the Insurer Defendants, stating that their action involving claims against Banyon has nothing to do with the Trustee's bankruptcy adversary actions. The Trustee contends that he should not have to give up his deposition time to these private litigants in his efforts to obtain assets to benefit the creditors and victims of RRA . However, as noted above, the insurers' opponents were able to question Rothstein in the first action. This Court concludes that under these circumstances, the insurers have demonstrated a need to depose Scott Rothstein. However, as stated in the prior section, their participation is subject to time limitations imposed by Judge Ray in the protocols to be worked out by the parties and Judge Ray.

Order of February 13, 2012 at p. 7 [DE 129].

The Insurance Companies now move for the Court to formally allow them to participate in the June deposition. The Trustee opposes this relief unless the deposition is extended beyond two weeks. The Trustee recently moved for the Court to extend the deposition to three weeks [DE 149]. The Court has directed the United States to file an expedited response to this motion by April 18, 2012.

The Court concludes that its prior order had intended to grant the relief now requested by the Insurance Companies and the Banyon Trustee.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Insurance Companies' Motion for Writ of Habeas Corpus Ad Testificandum [DE 144] is hereby **GRANTED**;

2. Robert C. Furr's ("Banyon Trustee") Motion for Writ of Habeas Corpus Ad Testificandum [DE 145] is hereby **GRANTED**;

3. The Federal Insurance Company's Motion for Writ of Habeas Corpus Ad Testificandum [DE 146] is hereby **GRANTED**;

4. The Requests for Hearing [DE's 147 and 148] are hereby **DENIED as moot**

5. Ironshore Indemnity Inc., RLI Insurance Company, Columbia Casualty Company, Zurich American Insurance Company, Westchester Insurance Company, Federal Insurance Company, St. Paul Fire and Marine Insurance Company and National Union Insurance Company shall be included by Judge Ray in the protocol for the second deposition of Scott Rothstein.  A new Writ for Habeas Corpus Ad Testificandum is not required unless and until the Court adds additional time for the deposition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 17th day of April, 2012.

_____
JAMES I. COHN
United States District Judge

cc: copies to counsel of record on CM/ECF
(Trustee's counsel shall forward this Order to any party
not receiving notice via CM/ECF)